**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>AUDIO AND VIDEO LABS, INC. d/b/a<br>  DISC MAKERS;<br>CD TECHNICAL, INC.;<br>CORPORATE DISK COMPANY;<br>CUSTOMCD, INC.;<br>CYCLE, INC.;<br>DIGITAL MEDIA GROUP, LLC d/b/a/<br>  VIDEO LABS;<br>DUPLIUM LIMITED PARTNERSHIP;<br>FORMATS UNLIMITED, INC.;<br>GOLDENROM OPTICAL DISC<br>  CORPORATION;<br>GREAT LAKES MEDIA TECHNOLOGY,<br>  INC.;<br>SINGULUS MASTERING B.V.;<br>SINGULUS TECHNOLOGIES, INC.;<br>U.S. DIGITAL MEDIA, INC.;<br>WORLD MEDIA GROUP, INC.,<br><br>          Defendants. | Case No. 6:11-cv-234<br><br>JURY TRIAL DEMANDED |

**ORDER**

Plaintiff Innovative Automation LLC has filed a Notice of Voluntary Dismissal Without Prejudice of Claims Against Defendant Great Lakes Media Technology, Inc.  Having carefully considered the Notice, the Court is of the opinion that it should be GRANTED.

IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendant Great Lakes Media Technology, Inc. are dismissed without prejudice.  The parties are to bear their own costs and expenses.

**So ORDERED and SIGNED this 27th day of June, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**