IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AUDIO AND VIDEO LABS, INC. d/b/a<br>　DISC MAKERS;<br>CD TECHNICAL, INC.;<br>CORPORATE DISK COMPANY;<br>CUSTOMCD, INC.;<br>CYCLE, INC.;<br>DIGITAL MEDIA GROUP, LLC d/b/a/<br>　VIDEO LABS;<br>DUPLIUM LIMITED PARTNERSHIP;<br>FORMATS UNLIMITED, INC.;<br>GOLDENROM OPTICAL DISC<br>　CORPORATION;<br>GREAT LAKES MEDIA TECHNOLOGY,<br>　INC.;<br>SINGULUS MASTERING B.V.;<br>SINGULUS TECHNOLOGIES, INC.;<br>U.S. DIGITAL MEDIA, INC.;<br>WORLD MEDIA GROUP, INC.,<br><br>　　　　Defendants. | Case No. 6:11-cv-234<br><br>JURY TRIAL DEMANDED |

## CLERK'S ENTRY OF DEFAULT OF DEFENDANT GOLDENROM OPTICAL DISC CORPORATION

Plaintiff Innovative Automation LLC has requested the entry of default of Defendant Goldenrom Optical Disc Corporation pursuant to Federal Rule of Civil Procedure 55(a). From the declaration of Todd Kennedy submitted in support of Plaintiff's request and the Court's record in this action, the Clerk finds that Defendant Goldenrom Optical Disc Corporation has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure.

Therefore, the DEFAULT of Defendant Goldenrom Optical Disc Corporation is hereby entered.



UNITED STATES DISTRICT CLERK
EASTERN DISTRICT OF TEXAS

By: _____
　　　　　　Deputy Clerk