IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE AUTOMATION LLC<br>   Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 6:11-cv-0234-LED-JDL |
| | § | |
| AUDIO AND VIDEO LABS, INC. d/b/a<br>DISC MAKERS, *et al*.<br>   Defendants. | §<br>§<br>§ | JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL OF DEFENDANT DUPLIUM LIMITED PARTNERSHIP**

  Plaintiff, Innovative Automation LLC ("Innovative Automation" and/or "Plaintiff"), and Defendant, Duplium Limited Partnership ("Duplium" and/or "Defendant"), have settled all of the claims asserted in this patent infringement litigation. Plaintiff and Defendant (collectively the "Parties") request that all claims against Defendant, and all counterclaims against Plaintiff, in this litigation be dismissed with prejudice. The Court, having considered the request of the Parties, is of the opinion that the request for dismissal should be GRANTED.

  The Court ORDERS that any and all claims and counterclaims that have been brought or could have been brought by Innovative Automation and/or Duplium relating to U.S. Patent Nos. 7,174,362 and 7,392,283 on or before the date the Order of Dismissal of Defendant Duplium Limited Partnership is signed by the Court are fully resolved and hereby dismissed with prejudice.

  The Court FURTHER ORDERS that Plaintiff and Defendant will bear their own attorneys' fees, legal expenses, and costs of court, if any, incurred in connection with this litigation.

  The Court FURTHER ORDERS that this Court retains jurisdiction over Plaintiff and Defendant and the Settlement Agreement executed by Plaintiff and Defendant for purposes of resolving any dispute that may arise thereunder.

So ORDERED and SIGNED this 15th day of October, 2012.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**