IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE AUTOMATION LLC | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:11-cv-0234-LED-JDL |
| | § | |
| AUDIO AND VIDEO LABS, INC. d/b/a | § | JURY TRIAL DEMANDED |
| DISC MAKERS, *et al*. | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL OF DEFENDANT VERVANTE CORPORATION

Plaintiff, Innovative Automation LLC ("Innovative Automation" and/or "Plaintiff"), and

Defendant, Vervante Corporation ("Vervante" and/or "Defendant"), have settled all of the claims

asserted in this patent infringement litigation against Defendant by Plaintiff.  Plaintiff and

Defendant (collectively the "Parties") request that all claims against Defendant in this litigation

be dismissed with prejudice.  The Court, having considered the request of the Parties, is of the

opinion that the request for dismissal should be GRANTED.

The Court ORDERS that any and all claims that have been brought or could have been

brought by Plaintiff against Defendant relating to infringement of U.S. Patent Nos. 7,174,362

and 7,392,283, or any other patent on or before the date the Order of Dismissal of Defendant

Vervante Corporation is signed by the Court are fully resolved and hereby dismissed with

prejudice.

The Court FURTHER ORDERS that Plaintiff and Defendant will bear their own

attorneys' fees, legal expenses, and costs of court, if any, incurred in connection with this

litigation.

The Court FURTHER ORDERS that this Court retains jurisdiction over Plaintiff and

Defendant and the Settlement Agreement executed by Plaintiff and Defendant for purposes of

resolving any dispute that may arise thereunder.

So ORDERED and SIGNED this 18th day of October, 2012.

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**