IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISSION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AUDIO AND VIDEO LABS, INC. d/b/a DISC MAKERS, et al.,<br><br>    Defendants. | Civil Action No. 6:11-cv-00234-LED-JDL<br><br>JURY |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEMORIAL HERMANN HEALTHCARE SYSTEM, et al.,<br><br>    Defendants. | Civil Action No. 6:11-cv-00445-LED-JDL<br><br>JURY |

**Order of Dismissal**

Plaintiff, Innovative Automation LLC ("Innovative Automation" and/or "Plaintiff"), and Defendants Rimage Corporation ("Rimage"), Memorial Hermann Hospital System and Memorial Hermann Healthcare System (collectively "Memorial Hermann"), Electric Picture Company, Inc. ("EPC"), Summation Technology, LLC ("Summation"), U.S. Digital Media, Inc. ("USDM"), and CustomCD, Inc. ("CustomCD") on the other hand (collectively "Defendants"), have settled all of the claims and counterclaims asserted in this patent infringement litigation. Plaintiff and Defendants (collectively the "Parties") request that all claims and counterclaims in this litigation be dismissed with prejudice. The Court, having considered the request of the Parties, is of the opinion that the request for dismissal with prejudice is GRANTED.

2

The Court FURTHER ORDERS that each Party will bear its own attorneys' fees, legal expenses, and costs of court, if any, incurred in connection with this litigation.

**So ORDERED and SIGNED this 16th day of November, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**