IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE AUTOMATION LLC | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:11-cv-0234-LED |
| | § | |
| AUDIO AND VIDEO LABS, INC. d/b/a | § | JURY TRIAL DEMANDED |
| DISC MAKERS, *et al.* | § | |
|     Defendants. | § | |

## ORDER AND JUDGMENT OF DISMISSAL

The foregoing stipulation is hereby approved and IT IS ORDERED that all claims by Plaintiff Innovative Automation LLC ("Plaintiff") against Defendant Cycle, Inc. ("Defendant") in this action are hereby dismissed with prejudice, and all counterclaims by Defendant against Plaintiff are hereby dismissed with prejudice. Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**So ORDERED and SIGNED this 12th day of December, 2012.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE