IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE AUTOMATION LLC　　Plaintiff, | § § § | |
| v. | § § | Civil Action No. 6:11-cv-0234-LED |
| AUDIO AND VIDEO LABS, INC. d/b/a DISC MAKERS, *et al*.　　Defendants. | § § § § | JURY TRIAL DEMANDED |

## ORDER AND JUDGMENT OF DISMISSAL

The foregoing stipulation is hereby approved and IT IS ORDERED that all claims by Plaintiff Innovative Automation LLC ("Plaintiff") and Defendants Singulus Mastering B.V., Singulus Technologies, Inc., and World Media Group, Inc. (collectively, "Defendants") in this action are hereby dismissed with prejudice, and all counterclaims by Defendants against Plaintiff are hereby dismissed with prejudice.  Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**So ORDERED and SIGNED this 9th day of January, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**