**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **INNOVATIVE AUTOMATION LLC,**     Plaintiff, | § § § § | |
| v. | § § | NO. 6:11cv234 LED-JDL |
| **AUDIO AND VIDEO LABS, INC. d/b/a DISC MAKERS, et al.,**     Defendants. | § § § § § § | PATENT CASE |

**FINAL JUDGMENT**

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Innovative Automation LLC filed suit against fourteen (14) Defendants in this case on May 10, 2011 (Doc. No. 1) and two additional Defendants on October 11, 2011 (Doc. No. 95). Since that time, all Defendants have been dismissed: Audio and Video Labs, Inc. d/b/a Disc Makers (Doc. No. 261), CD Technical, Inc. (Doc. No. 102), Corporate Disk Company (Doc. No. 103), CustomCD, Inc. (Doc. No. 265), Cycle, Inc. (Doc. No. 268), Digital Media Group, LLC d/b/a/ Video Labs (Doc. No. 27), Duplium Limited Partnership (Doc. No. 250), Formats Unlimited, Inc. (Doc. No. 244), GoldenRom Optical Disc Corporation (Doc. No. 65), Great Lakes Media Technology, Inc. (Doc. No. 40), Singulus Mastering B.V. (TBD), Singulus Technologies, Inc. (TBD), U.S. Digital Media, Inc. (Doc. No. 265), World Media Group, Inc. (TBD), Kunaki, LLC (Doc. No. 255), and Vervante Corporation (Doc. No. 256).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 9th day of January, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE